388 P.3d 53

**STATE of Hawaiʻi, Plaintiff–Appellee,**

v.

**Lisa M. METCALFE, Defendant–Appellant**

**NO. CAAP–14–0000876**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
November 15, 2016.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CASE NO. 3DCC–13–0000809)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

388 P.3d 53

**Teresa L. MEDINA, Plaintiff–Appellant,**

v.

**FCH ENTERPRISES, INC., dba Zippy's Restaurants, Defendant–Appellee,**

and

**Doe Defendants 1–100, Defendants**

**NO. CAAP–14–0001316**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
November 15, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12–1–0470)

MEMORANDUM OPINION

Affirmed.

388 P.3d 53

**IN THE INTEREST OF R.K.; K.K.**

**NO. CAAP–14–0001091**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
November 16, 2016

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-S NO. 14-00041)

SUMMARY DISPOSITION ORDER

Affirmed.